FILED
 2006 Dec-13  PM 03:04
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | **Case Number: CR 05-S-543-S** |
| ) | |
| **JEWELL C. "CHRIS" McNAIR** ) | |

## ORDER

The pretrial conference and hearing on pending motions is rescheduled for January 25, 2007 at 10:00 a.m. at the United States Courthouse, 101 Holmes Ave., Huntsville, AL 35801.

DONE this 13th day of December, 2006.

_____
United States District Judge