**FILED**

2007 Sep-18  PM 01:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) **Case Nos: 2:05-CR-00543-CLS-TMP** |
| JEWELL C. "CHRIS" McNAIR, | ) **2:05-CR-00061-RBP-TMP** |
| | ) |
| **Defendant.** | ) |

### DEFENDANT JEWELL C. "CHRIS" MCNAIR'S MEMORANDUM IN AID OF SENTENCING

COMES NOW, Defendant JEWELL C. "CHRIS" MCNAIR, by and through the undersigned counsel and hereby respectfully submits this Memorandum in Aid of Sentencing. It is respectfully submitted that under the factors enumerated in 18 U.S.C. § 3553(a), as supported by the attached exhibits,[1] Mr. McNair should receive a sentence of probation without incarceration.

### I. Relevant Factors Pursuant to 18 U.S.C. § 3553(a)

Following United States v. Booker, 543 U.S. 220 (2005), 125 S. Ct. 738, 160 L.Ed. 2d 621, in imposing a sentence, courts must now consider the impact of the factors enumerated in 18 U.S.C. § 3553(a) in addition to the advisory Federal Sentencing Guidelines

---

[1] Four (4) exhibits are included with this memorandum. Def. Ex. 1 is a tabbed binder which contains all the letters of support organized alphabetically and addressed to this Honorable Court on behalf of Mr. McNair. Def. Ex. 2 is comprised of two (2) binders containing hundreds of letters from high school students to Mr. McNair thanking him for educating them about the Civil Rights Movement and the Sixteenth Street Baptist Church bombing, and sharing with him the impact his story has had on their individual lives. The hundreds of letters before this Court are a mere sampling of the thousands of letters Mr. McNair has received from high school students over the years. Def. Ex. 3 is a DVD containing two (2) news clips of local news footage from two California stations documenting the high school students' visits to Birmingham to meet with Mr. McNair. Def. Ex. 4 contains a sampling of the academic course materials from the Sojourn to the Past curriculum. These documents are submitted to the Court as an example of the reading and writing portions of the students' assignments that accompany their meeting with Mr. McNair.

calculation. As discussed in the sections that follow, Mr. McNair's personal history and characteristics, as well as the nature and circumstances of the offenses of which he was convicted support a sentence of probation in this case.

## A. *§ 3553(a)(1): The History and Characteristics of the Defendant and the Nature and Circumstances of the Offense*

As set forth in detail below, Mr. McNair has led a singular, exemplary life. The breadth and depth of the letters submitted to this Honorable Court in mitigation of sentence — from family members, college classmates at Tuskeegee, presently enrolled high school students, church members, longtime friends and neighbors, as well as community and civic leaders — are a testament to Chris McNair's positive influence in the lives of others, the city of Birmingham, the state of Alabama, and throughout the country. These letters consistently portray Mr. McNair as a loving husband and father, humble servant, community leader, civic educator, and man of faith and integrity — a man whose life has been well lived due to his unwavering commitment to creating positive change.[2]

Before this Honorable Court are at least eighteen (18) letters authored by individuals who have known Mr. McNair for fifty (50) or more years — including three letters from supporters who have known him for approximately sixty (60) years (Evelyn Jenkins Wallace, E. Benjamin Gray, and Arena P. Eccleston).[3] The volume and depth of this type of public support is nothing short of remarkable and a testimonial to the longstanding bonds Mr. McNair has formed with the people he has encountered in life. As one of his longtime friends observes, "I have known [Mr.

---

[2] The letters of support referenced herein are included in the alphabetized, bound volume attached hereto as Def. Ex. 1.

[3] Individuals who have known Mr. McNair fifty (50) or more years and have submitted letters to this Honorable Court in his support include: L. Bonner, E. Boyd, E. Brown, M. Brown, C. Burch, O. Coleman, A. Clay, A. Eccleston, J. Ellwanger, P. Foster, E. Gray, G. Jones, J. and H. Lewis, H. PeguesA. Robinson, G. Sanders, E. Wallace, and E. Whittaker.

2

McNair] for fifty years and to know him is to love him." (A. Robinson)[4] What is especially significant about this body of testimonies is the diversity of the authors — in age, ethnicity, geography, and religious affiliation. Authors range in age from sixteen (16) year old Marcel Salas, to ninety-nine (99) year old Mitchell McNair. The mosaic makeup of these letters of support embodies the vision of the country that Dr. King dreamed of. Very few, if any, individuals in this country have such love and support that cross the artificial boundaries of religion, race, socio-economic status, political affiliation, and generations. Mr. McNair's lasting influence on generations of Americans clearly distinguishes him from anyone who has ever come before this Honorable Court.

By any measure, Mr. McNair has led a model life, has adhered to a strict moral code, and is a national historical figure. "His life exemplifies brotherhood, servanthood, great citizenship, hardwork and leadership. He shall always be known for these attributes. Mr. McNair's lifelong journey of being an example for his fellow man as a Christian, civic leader, businessman and family man is longstanding and admirable in this area." (M. Cline) In fact, Mr. McNair's courageous stance following his daughter Denise McNair's murder — one of the four little girls killed in the Sixteenth Street Baptist Church bombing on September 15, 1963 — helped shape the course of international human rights by quelling a violent reaction to this unimaginable human tragedy at a time of great social and political turbulence and upheaval. These sentiments regarding Mr. McNair's national and even global stature are captured in a letter styled as "Petition for Chris McNair's Freedom" which describes Mr. McNair as "a National Treasure and a legend." (Petition) Another individual comments, "Chris is a true living legend, a statesman, and a pillar of the community." (Peters)

---

[4] Throughout this Memorandum the names in parentheses will refer to the authors of letters submitted in support of Mr. McNair to the Court.

3

Mr. McNair is first and foremost a man devoted to both faith and family. Together with his wife of over fifty-seven (57) years, Maxine, they gave birth to three daughters. Carol Denise, who was killed in the bombing of the Sixteenth Street Baptist Church, and two surviving daughters Kim, age 38 and Lisa, age 43. But Chris McNair's notion of family extends far beyond his blood relatives to young people across the country. As one individual writes, "Chris and Maxine welcomed me and my family into their lives as 'one of their sons,' and I and my family will always appreciate the genuine warmth shown." (Henderson) "Even though I am not a member of the McNair family, I always feel a welcomed part of the family. Whether it is breakfast, lunch, dinner or celebration event, there is always a 'welcome home' atmosphere." (Errica Williams)

Until the charges that bring him before your Honor, Chris McNair has led a completely law-abiding life, and encouraged others to do the same, never having experienced even the slightest brush with the law before the instant matter. A letter from the former agent-in-charge of the FBI in this District highlights in his letter to this Honorable Court, that Mr. McNair has consistently and actively demonstrated his respect for the law:

> When I transferred to Birmingham in 1993 as Special Agent in Charge of the FBI for the Northern District of Alabama, I did not know anyone in the area. One of my goals was to reach out to the African-American community to build relationships so that we could work together to make Northern Alabama a better place to live for all of our citizens...Chris introduced me to many members of the community, and was very supportive of our efforts to "mend fences" and open communications. Chris was definitely a large factor in the trust and communication that developed between the FBI and the greater Birmingham community. I deeply appreciated his efforts in this regard. (R. Langford)

Beyond his respect for the law, Mr. McNair is a man of demonstrable integrity and is a moral rock to those around him. He has worked hard professionally, politically, and socially, throughout his life, and has achieved success in his efforts in each. "Chris is a lifetime friend of

4

mine. I first met him in 1948 at a social gathering here in Birmingham. At that time and through the years, he has been known as a man with integrity, an honest man who uses good sound judgment." (Clay)

Not only has he maintained continuous, meaningful employment (at age eighty-one (81), soon to be eighty-two (82), Mr. McNair still works actively as a photographer), but he has also helped create jobs for others. "In the community, I have seen Mr. McNair give employment opportunities and sometimes even shelter to those 'down on their luck.' He would help people that most others would overlook, condescend, and/or intimidate. He taught many of these individual skills or trades that they productively used elsewhere in the community." (Errica Williams) He is also a man of esteemed character, who has made numerous charitable and civic contributions both professionally and personally by offering his time and talents. Mr. McNair's ninety-nine (99) year old uncle, Mitchell McNair, expounds accordingly,

Although his introduction to the national public was via tragedy, Chris used his grief as fuel for social and political change. His was a voice for peace amid violence: a call for understanding in a time of anger and hatred. Chris' presence and reason resonated with the community and they elected him to the State Legislature and County Commission. (Mitchell McNair)

As an activist, educator, politician, and photographer, "Chris McNair played a vital role in the Civil Rights Movement for the benefit and good of all people." (Springer) One friend of Mr. McNair's for over fifty (50) years summarizes all the ways in which he has contributed to the world around him, "I have known him as a Christian man, a devoted and attentive family man, a friend, a laborer and business man, a good steady worker in community affairs, [and] a man who has kept his business in the community." (Jones) As the letters of support attest, the community, both locally and nationally, will be far better served by Mr. McNair continuing as an active and contributing member.

5

## 1. **History and Characteristics of the Defendant**

### a. **Childhood and Education**

Mr. McNair was born (1925) and raised in Fordyce, Arkansas, to parents Jewell and Lillie Belle McNair. "His father, a truck farmer...instilled in Chris the love of land and what could be produced, and the love and value of family and friends. His mother, a strong Christian woman, made sure that Chris was a dedicated and loyal member of the Christian faith serving God and his Community." (Wallace) "His father, Jewel McNair, was also a loving, caring true family man who put family and doing good, strong leadership, and hospitality first and foremost. Mr. McNair exhibits his father's traits including love and respect of people and being reliable and responsible[.]" (Baker) His youngest sister Ingrid explains Mr. McNair's relationship with his family, "Chris is a very valuable, honored, loved and respected member of the 'McNair' family. He is the eldest of twelve children. (The Lord has greatly blessed us and all twelve of us are yet living...). Our parents are both deceased so Chris is somewhat like the patriarch of our family." (Stocker) From early childhood onward, Mr. McNair was an essential part of his immediate and extended family, a trait he has carried with him throughout his lifetime, "Jewell Christopher is admired and loved by all of his siblings. He was instrumental in promoting by helping some to finish college. While a very young youth he helped to put electricity in his parent's rural home. He further initiated getting running water and toilets in his parents' country home." (James McNair)

McNair attended college at the Tuskeegee Institute (now Tuskeegee University) where he studied agronomy. One of Mr. and Mrs. McNair's friends of sixty (60) years points out that while in college, "Chris was, even at that time, a man of commitment and conviction." (Eccleston) Another friend of fifty (50) years relates, "I originally got to know him as a student

at Tuskeegee University, formerly Tuskeegee Institute. There, as a student, he was respected by all students, was very resourceful with a positive outlook on life, and productive." (Bonner) It was at Tuskeegee that Mr. McNair met his wife of fifty-seven (57) years, Maxine. "My relationship with Chris McNair began in the late forties when Chris met my lifelong friend, Maxine Pippen...I had the pleasure of being Matron of Honor in the wedding of Chris and Maxine." (Wallace)

### b. Spiritual Life

The letters submitted to this Honorable Court also portray Mr. McNair as a man of strong faith and commitment to his beliefs. "Making God first in his life, and family a close second, always impressed me as being foremost in Mr. McNair's life. He has been a devoted husband and father, exhibiting the highest principles and Christian values." (Plump) His commitment to his faith and his church has been unwavering throughout his life. One friend who has known Mr. McNair for approximately seventy (70) years explains, "I met Chris at the age of 12 years old. He was knocking on doors and asking people to come to church." (Julia Wesley) As one fellow congregant notes, "My family and I became members of St. Paul Lutheran Church shortly after the Civil Rights movement in Birmingham, Alabama. There we met Chris and found him to be very passionate and spiritual in reverence to God, always being active and participating and being a service to the well being of our church and our community." (Craig) Indeed, his faith has helped him through these trying times. "Most importantly, Mr. McNair maintains his strong spiritual beliefs and a faith that has been unwavering and uncompromising. He exemplifies a strength that many young people today only desire to have. He possesses it in stride even amid these recent circumstances." (Wilson)

7

Throughout his life, Mr. McNair has been an active member of the Lutheran Church. His former pastor (from 1958-1967), Joseph Ellwanger, remembers Mr. McNair as very active in the life of the church. "Chris McNair has served as Sunday School Superintendent at St. Paul Lutheran Church, as congregational President, and as mentor to many of the youth of the congregation and of the larger community." (Ellwanger) "Every Sunday found Chris in Church. He became an Elder and was a mainstay in his Church." (Wallace) Mr. McNair left St. Paul Lutheran Church for Shades Valley Lutheran Church where he is also quite active. "Chris participates in the worship service and other areas of church life. He is always available to use his photography talent to document church events, and the church appreciates this very much." (Stuckey)

> He has been a faithful member of Shades Valley Lutheran Church for many years and this is where we have come to know him best. We have always admired and been impressed by Mr. McNair's kind and gentle spirit and his sincere effort, even in difficult situations, in always seeking to be a uniter and not a divider. He has always exhibited these qualities, not only in our church, but with the entire Birmingham community. (Waters)

Mr. McNair's expressions of his faith are not limited to church or to Sundays only. "Those of us who know him best can see agape love displayed through his daily walk." (Bryant-Moore) One close friend of Mr. McNair's for over fifty-five (55) years describes his adherence to the Golden Rule, "Chris is a decent man and a Christian who believes in doing unto others as you would have them do unto you." (Clay) He expresses his quiet faith through his actions towards others, leading by example. "His faith, family, and moral values are characteristics that make him a fine Christian man that is well respected and highly regarded." (Taylor) Mr. McNair's faith is his moral compass. "Chris McNair is an honest person. From my experience with Chris McNair, he is a truthful individual with ethics that follow those of Lord Jesus Christ." (Van Buren)

8

As will be discussed more fully below, McNair's faith helped him cope with the murder of his eleven (11) year old daughter Denise. One friend "for more than half a century" writes, "I pained with he and Maxine through the death of their daughter and I, like they, still pain because of that violent act. Through this, the two of them survived. Only a god fearing family man could have done this." (G. Sanders) Mr. McNair has used this experience and his faith to help others who have suffered personal tragedies. A family friend who has known him for more than forty (40) years recounts, "Chris gave support and courage when I lost my three sons, one drowned and two killed by a train. Chris told me to look to Jesus and hold on." (N. Sanders)

### c. Civic and Community Service

Mr. McNair's commitment to community service has been part of his identity his entire life. As his former pastor notes, "During the 50 years I have known Chris McNair, he has consistently contributed to the good of the total community. To the positive enrichment and education of young people, and to the unifying of people across racial, religious, and class lines... contributing money, time and countless hours towards these goals." (Ellwanger) Another friend of fifty (50) years writes that "During this time Mr. McNair demonstrated a remarkable interest in the development of his community and the citizens throughout the area." (Coleman) "Mr. McNair has invested his life's work to support the community serving in many volunteer, charitable and civic efforts making a very positive difference in the quality and lives of the community he has loved and served for over 40 years." (Patton) "Mr. McNair, like my wife and I, have supported and served most of the civic, charitable, social and educational organizations." (J. Creamer) One individual cites the Chris McNair Health Center located on Tuscaloosa Avenue in Birmingham as evidence that Mr. McNair "is a great man... in our community." (M. Cline)

9

### (i) Educational Activities

A number of the letters of support addressed to this Honorable Court are authored by students and educators who have come to know and have been affected powerfully by Chris McNair in an explicitly educational context.[5]  Dating back to his employment at A. H. Parker High School in the 1960's and throughout his entire life, Mr. McNair has sustained an abiding interest in the development, encouragement, and well-being of young people.  "His participation in educational career day activities has motivated many youths to pursue their individual interests." (Goodson)  His impact on young people has been consistent and extensive, affecting youth both locally and nationally.  "Chris and Maxine have educated thousands of Jefferson County children as teachers and lecturers.  They have been positive role models and mentors for numerous young teachers, aspiring business persons, and future politicians." (A. Sims)  "He has touched the lives of literally thousands of students, whom he has spoken to through the Sojourn to the Past civil rights traveling course, showing the strength and character of the Birmingham community to students from across the nation." (Weinzimmer)

A parent of a student who participated in the aforementioned Sojourn to the Past course writes this Honorable Court regarding the permanent impact Mr. McNair's lecture had on his son Jesse's life:

> Jesse told me the thing that had the greatest influence on him was hearing Mr. McNair and the McNair family speak of their part in the Civil Rights Movement and the loss of Denise McNair, Chris McNair's daughter, in a racist bombing of their church.  Jesse was profoundly moved when he heard the McNairs say that they forgive the men that did this awful thing to Denise.  He told me that he finally understood the deep and abiding importance of living a peaceful and just life.  Jesse said that he is committed to living a life of charity and understanding towards others. (Burns)

---

[5] Some of the letters of support written by students and teachers, attached hereto as Def. Ex. 1, include those from K. Banks, D. Berry, E. Blaze, E. Burns, B. Chu, S. Devlin, G. Diesel, T. Duncheon, C. Farlee, D. Fornasier, A. Gebba, D. Gladwin, A. Gray, J. Jacobs, A. Manasala, K. Ng, V. Noce, T. Pearsall, C. Phillips, L. Phillips, S. Rehm, A. Salas, M. Salas, D. Thomson, J. Thomson-Burns, D. Weinzimmer,

10

Another example of the profound positive influence Mr. McNair is able to exert on young

people's lives comes from this student's description of his recent visit to McNair Studios:

> A few weeks ago, I went on an educational trip called Sojourn to the Past…Mr.
> and Mrs. McNair were one of our many speakers because of their contribution to
> the whole movement. And Mr. McNair was one of the many that inspired and
> awed me profoundly. To be honest, I was racist towards black people before the
> trip…But after the life-transforming trip, Mr. McNair had almost single-handedly
> shattered the deep-rooted stereotype in me…Mr. McNair, th[r]ough his
> devastating loss, said, 'We must not let this change us into something different
> than who we are. We must be human.'" Not only did Mr. McNair inspire me
> with an important lesson about nonviolence, but he also changed my view about
> black people. Therefore, I believe Chris McNair is the kind of people we need in
> the society today. (Chu)

Mr. McNair has consistently met with these students. As one participating student documents,

"He has, without fail, met with forty one *Sojourn to the Past* groups. His honesty and

willingness to recount the story of his daughter's murder enhanced my understanding of the Civil

Rights Movement." (Ali Salas)

Mr. McNair has also employed his public offices as another opportunity to affect the

lives of young people in a positive manner. "I have known Chris McNair all my life and

attended Sixteenth Street Baptist Church with his wife and children. I had the privilege of

working with him in 1974 as an Alabama State House of Representatives Page…His influence

on my life led to my interest in politics and inspired me to excel in school so that I may go on to

attend college and pursue a career in public service." (Garner) Mr. McNair has educated young

people in less formal ways as well, often serving as a mentor or advisor. As one student notes, "I

needed encouragement as a graduate student since I faced many challenges as an African

American female. I remember numerous times going to the studio while he was working and

talking to him about what was happening with me. I always left with a sense of renewed

purpose." (Frison) Mr. McNair's particular interest in the academic success of African-

American women is further highlighted in the following excerpt from a letter of support before

this Honorable Court:

> Mr. McNair has long been a champion of education and I have first-hand
> experience of some of the results of his interest in, and encouragement of, those
> who are making the effort to better their status in life. In addition to offering his
> time and services to conduct dialogues with individuals and groups, he has been
> unique in his goal to provide strongly consistent follow-up to those involved. To
> this end, I personally know of two young women who have completed their B.A.
> and M.B.A. degrees respectively while holding down full-time jobs. These
> persons cite Mr. McNair's genuine interest in them and their aspirations offered
> as important determinants of their success. (Clark)

Other individuals describe Mr. McNair's commendable work in the community as an

educator and mentor. "He is a valued member of his community. For many years he has been

like a father or mentor to a number of young men who love and respect him to this day."

(Stocker) "Chris has provided support and guidance to many African-American youth in the

Jefferson County area. He has single handedly enhanced lives, encouraged young men to face

the challenges of every day life and promoted healthy family bonds like the one he shares with

his family. Chris has also taught many disadvantaged men and women to value their education

and encouraged them to seek degrees that would help them better provide for their families."

(Robinson-Jones)

Mr. McNair's educational public speaking is not limited to his lived experiences of the

Civil Rights Movement or his daughter's death in the Sixteenth Street Baptist Church bombing.

In fact, as one student notes, Mr. McNair's message is often an engaging, encouraging message

that does not link his name to his family's tragedy:

> Chris McNair came to speak at an assembly while I was at Indian Springs School
> in Shelby County; he was introduced as a local businessman and politician. He
> gave us a rousing speech about the importance of community involvement and
> investment. He spoke about fairness and decency in a way that truly moved my
> friends and me, ordinarily a group of fairly cynical teenagers. The speech
> impressed me enough to describe it to my mother the next time I spoke to her;

12

when I told her the speaker's name had been Chris McNair, she said, "Of course, you know he was Denise McNair's father.

...

...what shocked me about the connection my mother had drawn was that Mr. McNair himself had never once referred to it in any way during his speech. It would have been very easy for him to capitalize on the sympathy that reminding us of his daughter's murder and his family's hardships would have elicited from us, but he performed his entire speech without ever exploiting his daughter's memory. (Jacobs)

To describe Mr. McNair only as an educator understates the role Mr. McNair has played in the lives of young people. His unique place in history combined with his gift for communicating with youth has created many powerful opportunities and experiences for young people. McNair is active in administering college scholarships that bear his daughter Denise's name and in memorial of all four (4) church bombing victims, in an effort to open doors for young men and women to advance academically and professionally in a way Denise and the other bombing victims never had. In 2002, Villanova University instituted the Denise McNair Memorial Scholarship which is given to an incoming first-year student who demonstrates outstanding academic achievement and a commitment to family, religious faith, peace and justice. The scholarship covers full tuition for eight consecutive semesters and will be made every four years to a new recipient at the conclusion of the incumbent's education at Villanova. Dorothy Malloy, Villanova's vice president and general counsel, devised the scholarship for the purpose of honoring both Denise and her parents. Regarding the founding of the scholarship, Malloy has stated, "I think what stood out the most was his strength and religious beliefs and his love for his child and his interest in justice and in peace."

A local college scholarship was also established in memory of Denise McNair and the three other victims. On the fortieth (40th) anniversary of his daughter's death, September 15, 2003, Mr. McNair was interviewed on CNN by Paula Zahn regarding the legacy of his daughter's death:

ZAHN: Mr. McNair, what is the legacy of your daughter Denise?

MCNAIR: Well, the legacy is that, after 40 years, she would have done some good things here herself. And we feel that the scholarship that we have formed -- or did it in '83. And 48 children have received parts of that scholarship, to the tune of $172,000. And we think that that would be a major thing. And we certainly

13

hope that the people would contribute to that, so that we can keep on helping these kids go to school. And I hope you've got it where you're going to put it on the screen or on your Web site, or whatever.

ZAHN: We have made a point of doing just that, sir.

MCNAIR: Thank you.

*See* http://transcripts.cnn.com/TRANSCRIPTS/0309/15/pzn.00.html.

Whether it is through the offer of college scholarships or through educational lectures, Mr. McNair has been actively changing the lives of young people in one way or another for more than forty (40) years. "Mr. McNair is not only a hero of the civil rights movement he is also a teacher, a teacher of forgiveness, a teacher of hope, a teacher of peace, and above all a teacher of love." (Thomson-Burns) Another teacher, who has brought groups of students to meet Mr. McNair for the past seven (7) years, expresses similar sentiments, "The historical lessons are certainly relevant and important, but, in my opinion and through my observation, it is the lessons on channeling hate to a positive outcome that has been most impressionable for my students." (Gray)

These lessons do not fall on deaf ears. One student who admits to a history of violence recounts, "Since meeting him seven years ago, I have never used physical violence again, and I am trying to make the world better. There are only a few people who I can say meeting them has changed my life, and Mr. McNair was one of those after only a short time." (Phillips) McNair's ability to influence lives in this regard is essentially unduplicated as one student writes,

McNair graciously invites high school students every winter and spring into his house to teach them about the murder of his daughter and how he responded to that tragedy. His dedication to educating my generation about our terrible history – and, more importantly, empowering us to actively confront the problems that still remain – is a community service that few perform…Mr. McNair strengthened my involvement in social and political activism and gave me faith in the resiliency of the human spirit." (Duncheon)

Yet another student also recalls meeting Mr. McNair as life changing:

Before I went on Sojourn, I was a bitter person. I believed that the world was plagued with injustice and nothing would ever change. Even as I heard the story of the four little girls' death, I was filled with an impulse of wanting to avenge

their death with violence. As son as these bitter feelings began to take hold of me, Chris McNair said something that has changed my life. 'Anytime you think that your anger is getting the best of you, walk away, look in the mirror, and think of your actions.'...At that moment I felt empowered to change." (M. Salas)

### (ii) Advocacy for the Homeless

One supporter chronicles Mr. McNair's particular interest in supporting non-profit work

to aid Birmingham area individuals who are homeless. Like his commitment to education, Mr.

McNair's support of the homeless has also been consistent and invaluable.

> If I may, please allow me to elaborate on one particular project that Mr. McNair and his family supported me in...I started a mission which I called "Bridging-the-Gap Homeless Mission" in 1999. The purpose of this mission was to provide clothing and fellowship with the homeless on the streets where they actually lived. I personally, along with my family and friends, provided free food and clothing every week to those in need under the 18th Street and 1st Avenue overpass. Monies for this project came directly from the family's personal budget with no church or corporate sponsorships. I contacted the McNair family and asked for, what I thought was a one time donation, and was given the surprise of my life. Without hesitation the McNairs supported my mission financially (with personal checks) and food items for over 5 years. This support made it possible for my mission to provide food to the homeless every week without slacking. My mission was spotlighted on the Oprah Winfrey Show in April 2000, thanks to support from people like Mr. McNair and his family. (Haywood)
>
> ...
>
> Bridging-the-Gap Homeless Mission is still supported monthly by financial contributions from Mr. and Mrs. McNair. When my job relocated me to Chicago in 2004, this mission was continued by local church members in the community. The McNairs met with this group and never stop[ped] their support.
>
> This shows a true commitment to the community. A commitment that Mr. McNair has always possessed during his professional life. (Haywood-Addendum)

### (iii) Other Community Activity

In addition to the aforementioned areas of interest, Mr. McNair has served to benefit the

community in a variety of other contexts. "Mr. McNair worked to ensure community health

centers exist for the poor, he has helped to ensure that the elderly and poor received services that

they were eligible for to help improve the quality of their lives." (Patton) Another supporter

15

writes, "I was involved in one of the major non profit arts organizations and he was always willing to give of his time to help in any way he was able. And, still continues." (Warren)

Mr. McNair serves his community in both formal and informal fashions. He has served formally on several non-profit boards of directors. "I have known Chris McNair for over 30 years. We have served together on 3 different Boards, all devoted to promoting civil and human rights. I feel that Chris has served our community over a very long period of time, promoting love, justice, respect, and understanding among all segments of our community." (Rostenstreich) "I came to work with Chris McNair on the Founding Board of the Birmingham Civil Rights Institute. As a Board Member, Mr. McNair was passionately-involved in promoting civil and human rights in our society. His booming voice was never at a loss at what to say in defense of this just stand." (Dennard)   The founding Board President of the Birmingham Civil Rights Institute, Odessa Woolfolk, recalls her experiences working with Mr. McNair on a number of community issues over the years:

> During my career as an urban affairs professional, Chris and I interacted on a variety of civic forums addressing public policy issues. He always struck me as compassionate about such services as accessible healthcare, affordable housing, and decent schools, among others. I found him to be an advocate for an open society, free of bias based on gender, socio-economic status, race or religion. He approached each individual on his own merit. His ability to access community issues objectively and with determination led local citizens to select him to represent our community at state and county levels of government. In recent years, I have served with him on the executive boards of organizations promoting civil and human rights, and scholarship assistance to talented college students. He approaches matters before him in a fair and open-minded fashion, with both candor and grace. (Woolfolk)

Dr. Edward LaMonte of Birmingham-Southern College and longtime friend of Mr. McNair's concurs with this assessment, "I would mention Chris' role in brining to Birmingham the coveted All-American City award from Look Magazine, which was received in the 1970's. I and others

16

believe that Chris' participation in the group representing Birmingham and his own personal presentation were major factors in Birmingham's receiving this award." (LaMonte)

He has also dedicated his time to the community through informal means. "Mr. McNair's presence was requested at major events throughout this city of Birmingham and the state of Alabama because of the ideals he represented and because of his valuable contributions to society... He has humbly and professionally carried on in helping to make this city and state a great place to live." (N. Cline) Mr. McNair has established a lasting presence in the community, and the community has honored him accordingly. "Mr. McNair has a healthcare center named in his honor as well as maintaining a photo studio for more than fifty years. The city of Birmingham and Jefferson County is a greater place because of Chris McNair." (M. Cline) "I applaud the inner strength which has been evident in his long decades of dedicated service to this, his chosen community." (Woolfolk) Perhaps the strongest statement of Mr. McNair's ability to promote harmony and community in Birmingham comes from former Birmingham Mayor David J. Vann's daughter, Rev. Ruth Vann Lillian:

My father, David J. Vann, thought very highly of Mr. McNair, and worked closely with him for years in their mutual desire to see Birmingham grow and develop as a city.

My father later served on the Birmingham City Council and then as Mayor from 1975-79. In subsequent years, he continued to serve Birmingham in various capacities, and found himself frequently in the company of his good friend, Chris McNair. While they did not always agree, they worked together for the common good of the community.

When my father passed away in 2000, my family and I asked Mr. McNair to give the eulogy at his memorial service, which he did beautifully. I know Dad would have been pleased.

17

### d. Family

#### (i) Immediate and Extended Family

Mr. McNair's greatest attribute is his devotion to family. "You will not find a more close-knit, loving Christian family. Mr. McNair and his wife have truly taught their daughters the Golden Rule." (Johnston) Another individual observes, "I believe that his daughters' countenance are a direct reflection of his values...Lisa's regular attendance at my church underscores her devoted attention to Christianity. They demonstrate a profound affection for Mr. and Mrs. McNair. These are the kind of values that represent a good upbringing and wise parental counsel." (Loder) Despite his busy schedule over the years and his dedication to hard work, Mr. McNair prioritizes his family, "Aside from his valuable roles within our community, Mr. McNair is also the steward of his family, consistently practicing due diligence and fatherly care to all persons under his watch." (Wilson) "He has also cared for and provided for his family. He has provided financial and emotional support for a large extended family. He has maintained a family leadership role where he has inspired others." (Cooke) To this day, Mr. McNair's family relies heavily on his advice and counsel. "Chris has over and over demonstrated his integrity, commitment, and devotion to his family and community. We have always depended on Chris for insight and direction as it relates to family matters." (Ogunsola)

Mr. McNair's relationship with his family is so exemplary that he has served as a role model for others. "Mr. McNair is also an example of a person to whom family is important. He places value on his family. I look up to Mr. McNair for the importance he places on his family in his role as a husband and father, as well as his relationships with extended family members." (Joye Smith) A student from California that visited McNair Studios as part of an educational field trip instantly recognized Mr. McNair's devotion to family and comments on Mr. McNair

18

serving as a role model in this regard, "Chris McNair is to me, a person who will always hold my respect and who is a loving caring father. He is the type of man that all young men should aspire to be like. He inspires the uninspired and motivates the unmotivated." (Pearsall)

### (ii) Maxine McNair[6]

Mr. and Mrs. McNair have been married for fifty-seven (57) years. Mrs. McNair relies completely on her husband for daily care as she is in declining health. One family member describes his role, "Mr. McNair has long been the caretaker of his beloved wife who is almost completely blind. She depends on him for her daily care and special needs of which he has also been in total charge." (Baker) Another family member agrees, "Chris' wife of over fifty years has several health issues. She is almost totally dependent on him due to her failing eye site [sic]. She is no longer able to drive, cook or do most household function[s]. He has sole responsibility for her care and enables her to live at home in familiar surroundings. His wife really needs him." (V. McNair) As these letters from family members attest, Mr. McNair is the sole provider for Mrs. McNair. Her health complications are such, that without Mr. McNair's care and attention, she would lack medically necessary supports.

### e. Professional Life

As a college aged student, Mr. McNair served his country admirably. McNair was enlisted in the Army Aviation Engineers from approximately March 1945 until December 1946. He served in the Philippines during World War II and was awarded a Purple Heart. Upon graduation from Tuskeegee, Mr. McNair lived briefly in Mississippi where he used his agronomy degree to educate veterans in farming. "While residing in Tupelo, Chris was instrumental in organizing the first Boy Scout Troop at Spring Hill Missionary Baptist Church; he worked extensively in the community especially with the then Home Extension Agency,

---

[6] The text of the letter from Mrs. McNair concludes this memorandum.

19

where he was able to work with black farmers. In this position, he organized adult education classes for farmers in [ ] Tupelo's surrounding rural areas, encouraging them to become educated, as well as productive farmers and citizens." (Foster)

After leaving Mississippi to work in Houston, Texas, for a few months, he moved to Mrs. McNair's hometown of Birmingham in 1954, where "He later became one of the first Black salesman for White Dairy, a subsidiary of the Barber's Pure Milk Company. Chris McNair paid 25/30 percent of his own monies because he would not stop servicing the older people who could not pay for their milk." (Lewis) "While delivering milk, my family as well as other families were very pleased to see him each delivery day with his pleasant smile and encouraging words." (Bonner) Mr. McNair left White Dairy in December 1962 and in 1963 began work as the Diversified Occupation Counselor at A.H. Parker High School in Birmingham, Alabama, "His employment as job coordinator with the school system opened many doors and insight on many positions. He also became well-informed on the surrounding and necessary training for these jobs." (Burgess)

At approximately the same time, Mr. McNair began what would become his lifelong avocation — photography and "has run a successful photography business in Titusville for the past 40 years." (Johnston) Photography has always been more than just an occupation for Mr. McNair as he is one of the foremost documentarians of the Civil Rights Movement. "The history of the community has been maintained through Chris's photography skills." (Goodson) "Mr. McNair has provided the city of Birmingham with photographic history that will live on throughout this generation and many to come." (Price) "The family's photography business has not only provided aesthetic and historical documentation of southern life for over fifty years; it also has soul stirring pictorial records of the Civil Rights Movement." (A. Sims)

20

The death of his daughter in 1963, affected Mr. McNair's professional life, as well. Following Denise's death, Mr. McNair sought to effectuate positive change to prevent similar tragedies in the future, by running for and serving in public office. "Had she [Denise] lived, J. Christopher McNair would probably never pursued public office[.]" (Q. Nunn) One friend who has known Mr. McNair for approximately forty (40) years describes this impetus for Mr. McNair's life in public office, "I am proud to know him because he gave me so much hope as I watched him endure with dignity and grace the loss of his daughter. He did not allow such a devastating event cause him to become bitter. Instead he became a public servant." (Price) One of his sisters also confirms, "Through the death of his daughter Denise in the 1963 16[th] Street Baptist Church bombing he was drawn into politics and into the Civil Rights Movement as an Activist." (Stocker)

Mr. McNair first ran for public office in 1970, and lost a county wide election for a seat in the Alabama House of Representatives. He ran again and won in 1972, in a district wide race for Place 19 in the Alabama House. Mr. McNair represented his district well as one constituent remembers, "I remember well his civic involvement during the early 1970's. He was part of a team of leaders who successfully presented in Birmingham's case to the national panel which selected the All America City Awards. Chris was chosen to represent Birmingham because of his community involvement." (Woolfolk) He was reelected in 1974 and served until 1978 when he made an unsuccessful run for the United States Congress. Mr. McNair continued to operate his photography business throughout his various terms of public office. He returned to the Alabama legislature in 1983 following a special election. One of his colleagues in the legislature discusses Mr. McNair's work as a legislator:

As a State Legislator, I, Tony Harrison, had the privilege and opportunity of serving
in the Alabama Legislature with Mr. McNair during my two terms of office from

21

1974 to 1982. When serving in the Alabama State Legislature he continued to fight for quality and social justice for all citizens. I found his leadership always to be towards improving the lives of all Alabamians.

Chris has been a fighter for economic, social and racial justice in Birmingham and the State of Alabama. It was his grace and his character that has contributed to making Birmingham and the State of Alabama a better place.

On a personal note, Mr. McNair was one of the legislators who supported the Mid-wife program implemented at the University of Alabama. This allowed women who were not facing a complicate[d] pregnancy to deliver their babies in a safe and natural environment. We were one of the first families t[o] take advantage of the program in the delivery of our first child. As a result of his support in the passage of this legislation many women have been able to improve the health of children in Alabama. This is only one example of his many contributions to public service, to improve the lives of all Alabamians. (Harrison and Tyson)

Mr. McNair was elected to the Jefferson County Commission in 1985 and took office as a

Commissioner in 1986. Mr. McNair served on the Jefferson County Commission until March

2001 when he retired from public office. Among other causes he passionately supported, while

serving on the Commission, Mr. McNair was a voice for and proponent of minority owned

businesses.

Mr. McNair has always approached his given profession not just as employment, but as

service. "As I look back over the years form the time he made milk home delivery and to his

early photography business he has always been there for those who are in need." (Sanders)

Throughout his entire professional life McNair has distinguished himself. "His loving attitude

and dedication to work have always won him the respect from his family, community, and

friends." (Whittaker)

## f. Sixteenth Street Baptist Church Bombing

Mr. McNair's history cannot be discussed without considering the effect the death of his

firstborn daughter Denise McNair in the Sixteenth Street Baptist Church bombing had on his life

thereafter. Mr. McNair's message since the tragic loss of his daughter has consistently been one

22

of healing. However, since losing Denise prematurely at the age of eleven (11), Mr. McNair rarely has discussed Denise's death publicly outside of an educational context. In fact, as one writer explains, "I admire him because he did not use the death of his daughter for personal gain." (Elder) Many people who have met or know Mr. McNair do not know that Denise was his daughter. One friend of the family relates such an account:

> I was born a year after his daughter was killed in the Sixteenth Street Baptist Church bombing. I did not make the connection until several years later that Denise was his daughter. I do not recall him ever discussing or expecting anyone to feel any type of pity for he and his family due to this horrific tragedy, which I believed to be most admirable on his part. (Ashford)

Accordingly, the letters offered in support of Mr. McNair will speak for him here. Almost all of the more than one hundred (100) letters before this Honorable Court discuss the bombing and its effect on Mr. and Mrs. McNair and their response. These letters state the following:

> \* Although I did not attend the funeral of Denise McNair, I have heard the sermon of Dr. Martin Luther King, Jr. who preached at her funeral. He predicted that the death of Denise McNair would be a sacrifice that would do more to move Civil Rights in Birmingham than any other single event. The only reason that Dr. King was right was because of the life that has been lived by Chris McNair. When Stockley [sic] Carmichael and others were preaching rage and rebellion, Chris McNair by example was showing grace and forgiveness. When other cities were burning following the death of Dr. King, Birmingham was quiet. (Hogan)

> \* He endured great personal pain in the loss of his first child to the bombing of the Sixteenth Street Baptist Church. He did not move away or withdraw from the community. No, with a calm demeanor, forgiving spirit and unrelenting effort he worked to bridge the divide between opposing factions in the community. (Boyd)

> \* Even though Chris McNair and his wife Maxine experienced the horrific murder of their daughter, Denise in the racist bombing of the 16th Street Baptist Church in 1963, Chris has risen above natural temptation to embitteredness and revenge and has publicly pleaded for racial tolerance and harmony and has gone out of his way to help calm racial tensions and to help build a Birmingham, an Alabama, and a nation that lives together and works together in racial harmony. (Ellwanger)

> \* I have seen him in deep sorrow and grief at the loss of his child in the Birmingham bombing. He chose to walk in love and forgiveness, he was not imbedded in bitterness and vindictiveness. (Brown)

23

\* I will always commend and respect him for his calmness and reconciliation shown during the tragedy he suffered in the loss of their daughter in the early sixties. He never displayed any bitterness and encouraged not to retaliate regarding her death. (Burch)

\* As I reflect back during the Civil Rights Era when his daughter was killed in the bombing at the Sixteenth Street Baptist Church, he stood up and made the statement that everybody in the State of Alabama should not be guilty of this crime. To most people, this would have been a very difficult statement but for Chris McNair it was an easy one because of the kind person he really was. (Lewis)

\* We were especially impressed with his gentle and humble spirit during the bombing of his church and the murder of his daughter and friends daughters. He showed us how to turn the other cheek and endeavor to bring all races together in peace, love and harmony. (Gray)

\* Mr. McNair paid a personal price in the loss of his daughter due to the church bombing during the Civil Rights Movement that helped to change the nation. (Patton)

\* I have been very impressed that Mr. McNair and his wife have raised two very fine, well-rounded daughters after suffering the loss of their dear daughter Denise, in the Sixteenth Baptist Church bombing. To do so shows perseverance and great faith in God. (Johnston)

\* Chris is a role model of courage in the area of Civil Rights, for he lives with the ultimate sacrifice, every day – the loss of his daughter. (Goodson)

\* What is so remarkable about this man is that in spite of his well known family tragedy in the early 1960's he has never showed any signs of bitterness toward anyone or the society in which he lives. Many, along with myself, believe that his stalwart demeanor and love helped to quell an otherwise hostile spirit of retaliation and civil disorder in the city of Birmingham. History has already proven that the city owes a profound debt of gratitude for his unrelenting stand of calmness and reconciliation. (Hill)

\* He exemplified a positive attitude and behavior at the time of his daughter's misfortunated [sic] death along with three other young girls on a Sunday morning at church. (Crear)

\* We are overwhelmed by the positive effect he has had in our community, he is a man who has suffered the devastating loss of a daughter in the 16th Street Baptist Church bombing, and through all of that he has held up good and has been a blessing to our community. (Fisher)

\* During the Civil Rights Movement he endured the ultimate sacrifice of the death of his daughter, Denise McNair, in the Sixteenth Street Baptist Church bombing. After that event positive change took place for Alabama and the United States for all people…at his expense. He was instrumental in bringing all races together for the common good and benefit of the community. (Petition)

\* When Chris McNair's daughter was murdered in cold blood, (16th Street Baptist Church Bombing in Birmingham, Alabama in 1963) he did not use violence as his response, instead he used peace and forgiveness. How many of us could really forgive our persecutors after such a horrendous crime? How many of us can look God in the face and say we had tried our best to use forgiveness? Under extreme persecution, Chris McNair is one of the individuals who used peace and love to set an example for all. (Van Buren)

\* Mr. McNair is not hateful and negative towards those who inflicted so much pain on his life. Rather, he maintains the legacy of Denise by promoting nonviolence and racial harmony.

\* Mr. McNair proved himself to be a man of temperance when one of his daughters was killed in the 16th Street Baptist Church. (Bryant-Moore)

\* We respect the humbleness of him and his family during the loss of his daughter in the 16th Street Baptist Church bombing. (Dolores Mitchell)

\* Mr. McNair took a situation that would have made many a person bitter and angry, but Mr. McNair took the high road and decided to do something for his community – he became actively engaged in making Birmingham a better place to live. Most families would have picked up and moved, but instead of living behind barriers, he chose to help remove them. (Pierzakowski)

\* Despite losing his daughter Denies McNair in the 16th Street Baptist Church Bombing in Birmingham, Alabama, Chris McNair is not bitter. He has instead become a champion of bringing people together, and despite any pain he and his family have experienced, he addresses Sojourn to the Past participants several times annually. (A Civil Rights Educational Program for High School Juniors and seniors. (Laura Phillips)

\* I can't imagine what I'd do if someone murdered my little sister. I don't think I would be strong enough to turn the other cheek, but that's exactly what Chris McNair did in his forgiveness to those who murdered his daughter. Chris McNair turned a brutal experience into his ammunition for his fight for Civil Rights and both justice and kindness for all people to come together no matter what their race, ethnic background, religion, or economic status. (Gebba)

\* I found the love and warmth of Chris and Maxine to be remarkable as well. They remained dedicated to the good in the world after a hateful bomb killed their

beloved daughter. Chris McNair, who described Denise as a "daddy's baby," was a moving and inspiring teacher to us. (Rehm)

\* We talked with Mr. McNair about the brutal murder of his daughter Denise in 1963. His warm smile reassured me that forgiveness, even after such a tragedy, is attainable. (M. Salas)

\* Chris maintained the penultimate of dignity and fortitude during the Civil Rights Movement when his only child, at the time, was taken by a terrorist act. He displayed no malice, and prayed for the souls of those who had such hatred in their hearts. He espoused this sentiment throughout the country and the world as he and Maxine were embraced by caring people all over. He discouraged negative comments on this issue and would not entertain a conversation thereto. (Wallace)

\* In spite of the loss of the horrific tragedy of the loss of his daughter, Denise, he has maintained a remarkably positive attitude. Mr. McNair assisted in the establishment of a museum for his cherished daughter who was among the four children murdered in the Sixteenth Street Baptist Church bombing in Alabama in 1963. (Baker)

\* Chris McNair is a man who has made a lot of sacrifices for the good of America. After the tragic loss of his daughter, he could have been bitter, but instead he gave many years of his life to public service. Because of him, there is a new and improved Birmingham...a better America. (K. Cowan)

\* I have been very impressed with the work of Mr. McNair in bringing people together. The McNair family became part of civil rights history as a component of the violence of others. This could have created a bitter and angry family, but it produced a family that exemplifies love, peace, understanding, trust, and faith.

\* Mr. McNair was humble and never-seeking in public empathy nor attention when well-meaning initiates were brought to him regarding his daughter, Denise, who was killed in the Sixteenth Street Baptist Church bombing in the 60's. He never spoke negatively, to my knowledge, about the person(s) responsible for his daughter's death. He always carried himself with dignity and respect, and certainly had such a stellar reputation in the community. (Dennard)

\* My husband, the late David J. Vann, Mayor of Birmingham from 1975-1979, and I met Mr. Chris McNair in Birmingham in the 1960's. David and Chris grew to be good friends after the bombing of the 16th Street Baptist Church, in which Chris's daughter Denise, was killed. I had gotten to know Chris in the months prior to the tragedy when we were both working as photo-journalists, I with the Birmingham Post-Herald. I was present among other reporters milling about in a state of semi-shock at the hospital when the official news was released about the deaths of the four young girls. Later, when some well-meaning but angry

26

supporters declared that "Birmingham killed those children," Chris McNair was quick to respond publicly with the statement, "Birmingham did not kill my child. A crazy man killed my child!" He never retreated from that statement. (Vann)

Mr. McNair's message, when he speaks of Denise's untimely death, may be summarized as follows: "Chris McNair taught me that hate destroys the hater, but forgiveness and compassion enrich everyone's lives." (Weinzimmer)

## 2. Nature and Circumstances of the Offense

Although highly relevant at sentencing, the information concerning Mr. McNair's history and characteristics do not diminish the seriousness of the offenses of which Mr. McNair has been convicted. Crimes involving public corruption are serious offenses. At the same time, it is fair to say there are far more serious public corruption crimes. At trial, the Government introduced no direct evidence of Mr. McNair's intent and more than one witness testified that Mr. McNair talked about building a memorial room to his late daughter Denise as part of the Studio expansion. Mr. McNair's vision and purpose in this regard was accomplished as one individual writes:

I myself could not help but smile as Chris and Maxine spoke to our group about how they have learned to forgive, but never to forget when it comes to their daughter's murder and the men who committed it. In the studio is one room dedicated solely to Denise in which some of her possessions are exhibited to the public, including the shoes she was wearing the day of her death and the block of cement that was in her head when she was found. To see these objects was absolutely heartbreaking, and though the McNair family today is vibrant and warm the never-ending pain they must feel is shown in their steadfast effort to maintain the studio and their daughter's tribute room, which serve to inform the public of a tragedy that occurred and must not be repeated today or in the future. (Manansala)

## B. § 3553(a)(2): The Need for the Sentence Imposed to Reflect the Seriousness of the Offense and Provide Just Punishment and Deterrence

The law requires the Court to "impose a sentence **sufficient, but not greater**

27

**than necessary** to comply with the [following] purposes": "(a) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (b) to afford adequate deterrence to criminal conduct; (c) to protect the public from further crimes of the defendant; and (d) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner." 18 U.S.C. § 3553(a) (emphasis added). These factors weigh heavily in favor of a probationary sentence for Mr. McNair.

Having been a defendant in a criminal proceeding has been a painful and life-changing experience for Mr. McNair and his family already. From the moment of indictment through today, Mr. McNair and his family have lived in a state of constant uncertainty. As he sits before this Honorable Court awaiting sentencing, Mr. McNair will not know whether or how he will be able to care for his ailing wife of fifty-seven (57) years, should he be sentenced to a term of incarceration.

In addition, for someone of Mr. McNair's stature within the community and the country, the shame of indictment, let alone conviction, and the attendant loss of civil rights, is a punishment in and of itself. For someone who fought to obtain voting rights for African-Americans, held public office, and paved the way for the success of future African-American office holders in Alabama, Mr. McNair's loss of voting rights is a significant sanction. Mr. McNair will bear the considerable stigma of a criminal record and having been adjudicated as a felon for the rest of his life in the community he calls home.

Mr. McNair's exposure to these criminal charges and the conviction are sufficient to provide punishment and serve as a deterrent to others. For someone of Mr. McNair's stature in the community to be tried and convicted by a jury of his peers in the same community he has

28

called home and worked towards bettering for over fifty (50) years, a clear message has been sent that no one is above the law. He and his family have been punished in ways that are both public and personal. His reputation has been permanently tainted by the stain of conviction.

There is clearly no need for a term in prison to deter Mr. McNair. Mr. McNair retired from the Jefferson County Commission nearly six and a half (6 ½) years ago and has led a law-abiding and productive life since. Enduring a month long trial accomplished the deterrent aspect of the criminal process in and of itself. As the letters of support attest, criminal wrong-doing is wholly out of character for Mr. McNair.

Additionally, no prison term is necessary to protect the public from Mr. McNair. He is almost eighty-two (82) years old, and despite these unfortunate circumstances, has remained an active, valuable member of the community – by continuing to engage in civic and public educational activities.

### C.  *§ 3553(a)(3): The Kinds of Sentences Available*

Several types of sentences are available in this case, including probation and community service both of which would be far more appropriate than incarceration. Should the Court determine that a more severe penalty is in order, it could impose restrictive conditions on any probationary term, including home detention, among others. 18 U.S.C. § 3563(b)(19). Given Mr. McNair's many talents and his extensive history of community contributions detailed *supra*, it is respectfully submitted that an appropriate sentence in this case would involve community service instead of a prison term. Accordingly, Reggie Holder, Director of Ministries at Highlands United Methodist Church urges this Honorable Court to fashion an alternative sentence that does not require incarceration:

> Chris McNair has suffered enough through his conviction and I would hope that this might be an opportunity for you and the court to devise a sentence that would

further the work to which Mr. McNair has dedicated his life to seek reconciliation
and to work to bring people of all races together for the common good.

Let not the remainder of Mr. McNair's life be wasted behind bars. I pray that his
life experience and his resources would be used to help future generations that
might learn from his life's experiences (both positive and negative) and that this
would be an opportunity for transformation and reconciliation. That, it seems to
me, would be the truest form of justice. (Holder)

A number of the letters before this Honorable Court explicitly request that Mr.

McNair be allowed to serve his sentence by serving the community. At the pleasure of the

Court, Mr. McNair will work with the Probation Office to fashion an action plan to meet all

community service requirements the Court may impose pursuant to a probationary sentence. Mr.

McNair has educated students from across the country regarding the Civil Rights Movement and

the life lessons he and his family have learned from the death of his daughter Denise. Although

this message has spread throughout the country, students in Jefferson County schools have not

benefited from the same opportunity.      Mr. McNair has traditionally charged a modest

honorarium for use of his Studio to give lectures. Over any number of hours the court deems

necessary, Mr. McNair stands ready and willing to work with local educators to provide the same

services to local students on a *pro bono* basis in order to meet any community service

requirements this Honorable Court may seek to impose under a sentence of probation.

One individual poignantly notes the sufficiency of a probationary sentence as Mr.

McNair is "A man, who along with his family, was sentenced years ago with the senseless and

violent death of Denise McNair, his daughter. Like Job, he sought no revenge, but dedicated his

life to the betterment of society." (Cowan) Several individuals have commented on Mr.

McNair's work to better society in support of their respective requests for a probationary

sentence. "I feel that he will still be able to impact our society as a whole with his great

knowledge of both the Civil Rights Movement and of State and Local Government by mentoring

30

those of us who choose to venture out into one of these great bodies to take the lead." (S. Jackson) "He has spoken continually in a positive manner throughout the years in this community, in bringing all people together, no matter what persuasion or walk of life they may have come from. I believe this man is, [and] will remain a wonderful asset to this community if he is spared the traumatic experience of incerat[ion]." (Joseph Wesley) "At 80+, having given as much of his life to public service as he has, surely Mr. McNair, though having broken laws, can atone for his wrong doings through the means of community service rather than behind bars." (Harris)

Testimonials from several students and educators who have heard and benefited from Mr. McNair's lectures on the Civil Rights Movement have written this Honorable Court regarding these uniformly positive experiences and to wit, the merits of a probationary sentence in this case. Accordingly, an educator from Washington, D.C., who traveled with students through McNair Studios to meet with Mr. McNair discussed his powerful ability to communicate with young people: "I found Mr. McNair most helpful, articulate, gracious, caring, and communicative, especially to those in the group who had not lived through the Civil Rights years. I found that Mr. McNair explained clearly the stresses and realities of the times, as well as explaining legitimate ways to improve dialogue and cooperation between various peoples and groups." (Farlee) His impact on the lives of young people over the decades is immeasurable. To incarcerate Mr. McNair thereby removing him from the paths of so many young lives that have intersected and will continue to intersect with his will leave lives that need to hear his message unchanged and unfulfilled. As one student so poignantly writes:

One might find it odd that an 81 year-old man from Birmingham, Alabama knows a 24 year-old woman from San Francisco, California. The truth is he not only knows me, but he has also changed my life... The stout man with a steadfast heart has every reason to be angry at the men who killed his daughter forty-three years ago.

31

When a student asked if he had any bitter feelings towards his daughter's killers, he immediately replied, "No, I do not. I have forgiven them. You cannot allow fear and hatred to consume you or else it will cut off your creativity and prevent you from being who you are." I was immediately changed by Mr. McNair in ways no other human being had ever before nor has since then...Mr. McNair continues to be a strong presence in my life-he is a source of encouragement for me an my future endeavors. I'm currently a graduate student at New York University. After completing my degree I plan to pursue a career in human rights, social justice and humanitarian affairs for those who suffer from civil rights violations abroad. (Ng)

Another student confirms her professional choices were largely influenced by her one meeting with Mr. McNair through the Sojourn program. "Fighting for justice and achieving civil rights for all citizens continues to drive me. After graduating college this year, I will be volunteering in a civil rights agency in the south. Chris McNair communicated to me the deep need that still exists in the country to fight for equality. I will never forget how this great man contributed to the fight for freedom." (Noce)

A high school junior makes a strong case for a sentence of probation, "Most importantly, McNair is living proof that the struggles of civil rights have survived. For all those who are ignorant of the 1963 bombing, McNair's imprisonment would only hinder their understanding of his devotion to civil rights." (Blaze)

No one else could fill the void left by sentence of incarceration. As one high school instructor candidly states McNair "is unique, beloved and irreplaceable." (Devlin) Another high school teacher who has traveled with students to Mr. McNair's studio explains that this educational experience simply cannot be duplicated in the classroom, it can only come from the students meeting with Mr. McNair.

I am a high school teacher in California. Each year we send students to the South to learn about the history of the Civil Rights Movement. In Birmingham they meet with Chris McNair. Before they meet him they have studied the history of the Movement in Birmingham and know full well of what happened to his daughter. Chris speaks to the students about forgiveness. He tells them that hate only destroys you. Because of what the students know of Chris, his message is

32

compelling. I could say the same thing to those students and have no impact on the students. Chris McNair has impact. Students don't just come from California, they come from around the country. Chris McNair delivers his powerful message to all of them. His voice and message are heard far and wide. We need to hear his voice. I hope you won't find it necessary to silence him. (Berry)

Finally, one of the staff members of the Sojourn to the Past organization that regularly brings

high school students to Birmingham summarizes the important role Mr. McNair plays nationally

and historically in educating students which will be permanently lost if he is incarcerated:

I first met Chris McNair in February 1999 as a participant of Sojourn to the Past-A Civil Rights Project a program which takes high school juniors and seniors to the south to visit the places and people who were involved in the Civil Rights Movement of the 1950s and 1960s.

...

After I became their Logistics Coordinator and traveled 33 times with the groups of students during 1999-2000.

...

Chris met with each of our groups and shared his story about the bombing at the 16th Street Baptist Church and losing his daughter Denise as a result. As horrific as that experience was he was able to share how he was able to move on through his life and not let it destroy him. During a time in their lives when teenagers are most likely to want revenge and instant retaliation against those who hurt them, for things that are so minor in comparison to losing a child, it is a hard concept for them to grasp. He patiently tells them that the pain is still there, but that he had a choice to make and chose not to let the actions of others and hatred consume him. He chose to move on and go on with his life. He answers all questions no matter how painful they may be ad speaks to each individual student making more time for those who need an extra moment to reconcile their feelings and consoles them.

...

He challenges the students to find their passion and to follow it and to never let others tell them that they can't do something. He is a very compassionate man who has made a difference in thousands of student's lives through his willingness to share his story, despite the painfulness of recanting it over and over.

...

He has made thousands of students really reflect about their own lives and how they would handle a similar situation and is a true role model. I believe this because of witnessing a number of students share extremely personal situations and events in their own lives with him. They have also shared with me how positively he has impacted them. Some have lost family members through violence as well and he has really helped them begin to heal. He has truly inspired many of them to make positive changes in their own lives. (Gladwin)

33

In addition to these testimonials, included with this memorandum is a sampling of hundreds of letters high school students have written to Mr. and Mrs. McNair over the years sharing the impact the McNairs have had on their lives and thanking them for relating the painful story of their family's tragedy. The attached letters are only a fraction of the thousands of letters Mr. McNair has received over the years from high school students. *See* Def. Ex. 2. Also included for the Court's benefit is a DVD of news coverage of the Sojourn to the Past project. *See* Def. Ex. 3. This footage shows Mr. McNair lecturing to students and the students' reactions to the lectures. As the footage shows, the experience is a powerful educational event in the students' lives that cannot be recreated or reproduced through any other means. At one point in the footage, Mr. McNair personally comforts and consoles a student who is so moved by the four little girls' story that she is sobbing uncontrollably. Finally, attached hereto is a sample of the lesson plan that accompanies Mr. McNair's lectures, as an example of the substantive academic component of the project. *See* Def. Ex. 4. Thus, should the Court sentence McNair to a term of probation that includes extensive community service, a model is in place that easily could be fashioned into a community service project to fulfill such a sentence working in conjunction with the Probation Office and area schools in order to educate local students on the Civil Rights Movement. The attached letter from Jeff Steinberg, founder, executive director, and lead teacher of the Sojourn to the Past project, sets out the blueprint for work Mr. McNair could do for area students to complete a probationary sentence in this case. *See* Def. Ex. 1 at Tab 114.

## D. *§ 3553(a)(4): The Kinds of Sentence and the Sentencing Range Established by the Sentencing Guidelines*

By statute, Mr. McNair is eligible for probation. 18 U.S.C. § 3561(a). There are a number of restrictive conditions that this Honorable Court could impose that would serve to further punish Mr. McNair if the Court viewed them as necessary. 18 U.S.C. § 3563(b)(1)-(22).

34

Probation is also available as an appropriate sentence by statute for the offenses, conspiracy and bribery of which Mr. McNair was convicted. Persons convicted of conspiracy in violation of 18 U.S.C. § 371, "shall be fined under this title or imprisoned not more than five years, or both." Likewise, individuals guilty of bribery offenses under 18 U.S.C. § 666, "shall be fined under this title, imprisoned not more than 10 years, or both." Both statutes permit a low end range of sentence involving no incarceration.

### E. *§ 3553(a)(6): The Need to Avoid Unwarranted Sentence Disparities Among Defendants with Similar Records Who Have Been Found Guilty of Similar Conduct*

As one of Mr. McNair's friends of over fifty (50) years succinctly states, "Chris McNair is not 'just anyone.'" (Bonner) In keeping with this sentiment, it is respectfully submitted to this Honorable Court that no defendant has appeared before it with a similar record to Mr. McNair's.

### CONCLUSION

Of all the compelling letters, sentiments, and stories before this Honorable Court, none is more significant, heartfelt, or persuasive than that of Mr. McNair's wife of fifty-seven (57) years, Maxine Pippen McNair. Apart from all the arguments before this Court as to why a sentence of probation is the appropriate sentence in this case for this Defendant, Mr. McNair respectfully prays that this Honorable Court sentence him to a term of probation and respectfully submits, in support thereof, Mrs. McNair's letter to this Court in its entirety:

> I have been married to Chris for 57 years, and if anybody knows him it's me. He is a good man and he has spent his life doing his beset to help others. This isn't new. It is just Chris.
>
> I am a diabetic and I have glaucoma. I don't drive anymore, so I am dependent on him. I take insulin twice a day, and he has to fill my needles.
>
> Chris has been very good for the Country and the State without showing an ounce of prejudice.

35

As his wife, I am sure you would expect me to plead his case. I love him, and I need him and he needs and loves me, too.

I would certainly hope and pray that you give him some kind of probation where he can continue to serve the people, and help me, too.

Thank you for this consideration. He's a good caring man.

WHEREFORE, premises considered, McNair respectfully requests that this Honorable Court

sentence him to probation and community service as set forth herein.

Respectfully Submitted,

/s/ G. Douglas Jones
G. Douglas Jones
Attorney for Defendant Jewell C. "Chris" McNair

**OF COUNSEL:**

Anil A. Mujumdar
WHATLEY DRAKE & KALLAS, LLC
2001 Park Place North
Suite 1000
Birmingham, AL 35203
Telephone: 205.328.9576
Facsimile: 205.328.9669
Email: ecf@whatleydrake.com

Robin L. Beardsley
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Birmingham, AL 35205
Telephone: 205.930.5242
Facsimile: 205.930.5101
Email: rbeardsley@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2007, I filed the foregoing with the Clerk of the Court and will send notification of such filing to the following counsel of record via CM/ECF.

| | |
|---|---|
| Alice H. Martin, US Attorney<br>James D. Ingram<br>US Attorney's Office<br>1801 4th Avenue North<br>Birmingham, AL 35203-2101<br>alice.martin@usdoj.gov<br>james.ingram@usdoj.gov<br>*Attorneys for Plaintiff* | William D. Dillon<br>Deana Timberlake-Wiley<br>US Department of Justice<br>Antitrust Division<br>75 Spring Street SW<br>Atlanta, GA 30303<br>william.dillon@usdoj.gov<br>deana.timberlake-wiley@usdoj.gov<br>*Attorneys for Plaintiff* |
| Roger A. Brown<br>Miller Hamilton Snider & Odom, LLC<br>505 North 20th Street<br>1200 Financial Center<br>Birmingham, AL 35203<br>rogerbrown@mhsolaw.com<br>*Attorney for Edward T. Key* | George W. Andrews, III<br>White Arnold Andrews & Dowd, PC<br>2025 3rd Avenue North, Suite 600<br>Birmingham, AL 35203<br>gandrews@waadlaw.com<br>*Attorney for Sohan P. Singh* |
| Samuel R. McCord<br>McCord & Brunson<br>2126 Morris Avenue<br>Birmingham, AL 35203<br>sandra@samuelrmccord.com<br>*Attorney for US Infrastructure, Inc.* | Jagdesh Bhagwandas Kirpalani<br>5701 Old Leeds Road<br>Birmingham, AL 35210<br>(205) 951-2092<br>bkripalani@aol.com<br>*Attorney for Sohan P. Singh* |
| Anthony A. Joseph, Esq.<br>Maynard, Cooper & Gale, P.C.<br>1901 6th Avenue North<br>Suite 2400<br>Birmingham, AL 35203<br>ajoseph@maynardcooper.com<br>*Attorney for US Infrastructure, Inc.* | J. Stephen Salter<br>2107 Fifth Avenue, North<br>Birmingham, AL 35203<br>umstakwit@aol.com<br>*Attorney for Floyd W. Pat Dougherty, and<br>F. W. Dougherty Engineering &<br>Associates, Inc.* |
| Michael V. Rasmussen<br>Michael V. Rasmussen, Attorney at Law<br>130 Inverness Plaza, #175<br>Birmingham, AL 35242<br>rasmussenlaw@charter.net<br>*Attorney for Grady R. "Roland" Pugh, Sr.* | David H. Flint<br>Timothy C. Batten, Sr.<br>Schreeder Wheeler & Flint LLP<br>127 Peachtree Street North<br>Atlanta, GA 30303-1845<br>dflint@swfllp.com<br>tbatten@swfllp.com<br>*Attorneys for Grady R. "Roland" Pugh, Sr.* |

37

| Ronald W. Wise | Michael L. Brown |
| 2000 Interstate Park Drive, Ste. 105 | Alston & Bird LLP |
| Montgomery, AL 36109 | One Atlantic Center |
| melisslinn@aol.con | 1201 West Peachtree Street |
| *Attorney for Joseph E. Yessick* | Atlanta, GA 30309-3424 |
| | mike.brown@alston.com |
| | *Attorney for Roland Pugh Construction,* |
| | *Inc., and Grady R. "Roland" Pugh, Sr.* |
| | |
| Mark T. Calloway | Fournier J. Gale, III |
| Alston & Bird, LLP | Edward A. Hosp |
| 101 South Tryon Street, Ste. 4000 | Katie Loggins Vreeland |
| Charlotte, NC 28280 | Maynard Cooper & Gale PC |
| mcalloway@alston.com | AmSouth Harbert Plaza, Ste 2400 |
| *Attorney for Roland Pugh Construction,* | 1901 6th Avenue North |
| *Inc.* | Birmingham, AL 35203-2618 |
| | thosp@maynardcooper.com |
| | bgale@maynardcooper.com |
| | kvreeland@maynardcooper.com |
| | *Attorneys for Roland Pugh Construction,* |
| | *Inc.* |
| William N. Clark | Terry W. Gloor |
| Redden Mills & Clark | The Law Office of Terry W. Gloor |
| 505 20th Street, North | 800 Shades Creek Parkway, Ste. 335 |
| Birmingham, AL 35203 | Birmingham, AL 35209 |
| rhonda@rmclaw.com | millscm@bellsouth.net |
| *Attorney for Bobby J. Rast, and* | *Attorney for Rast Construction, Inc.* |
| *Daniel B. "Danny" Rast* | |

/s/ G. Douglas Jones
OF COUNSEL