FILED

2011 Mar-29  PM 03:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | **2:05-CR-00061-RBP-TMP-19** |
| **JEWELL C. "CHRIS" MCNAIR,** | ) | |
| | ) | |
| **Defendant** | ) | |

## MOTION FOR ADDITIONAL TIME TO FILE MEDICAL INFORMATION

Comes now Jewell C. "Chris" McNair (""Chris McNair or "Mr. McNair") and respectfully moves this Honorable Court for a seven (7) day extension in which to file information documenting the Defendant's medical condition. As grounds in support thereof Defendant states as follows:

1.    On March 24, 2011, this Honorable Court ordered the parties to file by March 28, 2011, briefs regarding the effect of the 2010 Amendments to the Sentencing Guidelines. In addition, the Defendant was ordered to file by March 29, 2011, any medical information regarding Defendant's health (Doc. Nos. 1090, 296).

2.    Defendant's brief to be filed today will contain a summary of Defendant's condition as of August 2009, prepared by one of Defendant's treating physicians. Medical records supporting the summary will be filed separately under

seal. However, undersigned counsel is in the process of obtaining updated records which will not be available by the March 29, 2011 deadline.

3.      In addition, as noted in Defendant's Response to the Government's request for a reporting date, Defendant was hospitalized just three weeks ago. Counsel is also in the process of obtaining records from that hospitalization but is not expected to receive them before the deadline.

4.      Also as previously noted in Defendant's response to the reporting date request, the Defendant is undergoing a medical test today, March 28, 2011, related to his hospitalization earlier this month. Counsel will need additional time to obtain the records from today's test.

5.      Counsel has been in contact with all records providers and believes that an extension of one week will be all that is necessary to obtain and assimilate the records for the Court's review.

Based on the foregoing, Defendant respectfully requests a one week extension, to April 5, 2011, in which to provide medical records to the Court.

This the 28th day of March 2011.

Respectfully submitted,

/s/ G. Douglas Jones
G. Douglas Jones

**OF COUNSEL:**
Anil A. Mujumdar
Haskell Slaughter Young & Rediker, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notification of such filing to the following:

William Dillon
Deana Timberlake-Wiley
United States Attorney's Office
Richard B. Russell Building
75 Spring Street, S. W., Suite 1176
Atlanta, Georgia  30303

Sam Heldman
The Gardner Firm
2805 31st Street, N. W.
Washington, DC  20008-3524

Ericka U. England
Senior U.S. Probation Officer
1729 Fifth Avenue North
Room 200
Birmingham, Alabama  35203

Michael L. Brown
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, Georgia  30309-3424

John J. Powers, III
John P. Fonte
Andrea Limmer
Kristen C. Limarzi
United States Department of Justice
Antitrust Division
950 Pennsylvania Avenue, N. W.
Washington, DC  20530

J. Stephen Salter
8975 Pompano Way
Gulf Shores, Alabama  36542

David H. Flint
Andrew J. Lavoie
SCHREEDER, WHEELER & FLINT,
LLP
1100 Peachtree St. N.E., Ste 800
Atlanta, GA 30309-4516

William N. Clark
Redden, Mills & Clark
940 Financial Center
505 20th Street North
Birmingham, Alabama  35203

/s/ G. Douglas Jones ___  ___ ___ ___
OF COUNSEL