FILED
2013 Aug-29  AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case Nos. 2:05-cr-00061-RBP-TMP** |
| | ) | **2:05-cr-00543-CLS-TMP** |
| **JEWELL C. "CHRIS" MCNAIR,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION OF THE DIRECTOR OF THE BUREAU OF PRISONS
## TO REDUCE SENTENCE TO TIME SERVED

In accordance with 18 U.S.C. § 3582(c)(1)(A)(i), and the accompanying regulations governing compassionate release, the Director of the Bureau of Prisons (BOP), Charles E. Samuels, Jr., respectfully requests that this Court reduce the prison sentence of Chris McNair.[1]  To support the request, the Director submits the following:

1.  This Court's authority to modify an imprisonment sentence is limited. Specifically, 18 U.S.C. § 3582(c) provides the circumstances under which such a modification may take place.  Relevant here, the statute provides that this Court, "upon motion of the Director of the Bureau of Prisons, may reduce the term of imprisonment . . . , after considering the factors set forth in section 3553(a) to the extent that they are applicable, if it finds that . . . extraordinary and compelling

---

[1]  The applicable regulations are found at 28 C.F.R. §§ 571.60 - 571.64.

reasons warrant such a reduction." 18 U.S.C. § 3582(c)(1)(A). Here, the Director has determined that McNair's serious health issues constitute extraordinary and compelling reasons.

2.   In 2006 and 2007, McNair was convicted of conspiracy to commit bribery and several substantive bribery counts, violations of 18 U.S.C. §§ 371, 666(1)(1)(B). *United States v. McNair*, 605 F.3d 1152, 1175 (11th Cir. 2010). In September 2007, this Court sentenced him to serve 60 months of imprisonment followed by a 24-month term of supervised release. *Id.*, 605 F.3d at 1220.

3.   McNair appealed his convictions and remained on bond during the pendency of the appeal. His appeal was denied, and he began serving his sentence in June 2011. As of the date of this motion, he has served nearly 27 months. His current anticipated release date is October 13, 2015.

4.   According to the Director, McNair, age 87, suffers from serious and declining health issues to such a degree that he qualifies, under the applicable regulations, for early release under 18 U.S.C. § 3582(c)(1)(A).[2]   In addition, the BOP's best judgment is that, due to McNair's medical condition, he lacks the capacity to re-offend.

---

[2]  More detailed information about McNair's health will be provided to this Court under seal if requested.

5. According to the Director, if McNair is released early, he will reside with his wife and adult daughter in their home in Birmingham, Alabama. McNair suffered from some health problems at the time he was sentenced, and his daughter was his primary caregiver before his incarceration. The Director further advises that McNair's daughter is fully aware of his current medical condition, is supportive of his release, and is willing to resume her role as his primary caregiver.

6. The United States Probation Office in the Northern District of Alabama has approved the Director's proposed release plan for McNair and has accepted the responsibility of supervising McNair, should he be released. Upon his release, he would serve the term of supervised release imposed at the time of sentencing.

7. In sum, McNair's serious and declining health problems are extraordinary and compelling reasons, warranting a reduction of his sentence under 18 U.S.C. § 3582(c)(1)(A)(i).

WHEREFORE, the Director of the BOP respectfully requests that this Court reduce McNair's 60-month term of imprisonment to time served, making him eligible for immediate release.[3]

Respectfully submitted,

Joyce White Vance
*United States Attorney*

/s/_____
Michael B. Billingsley
*Assistant United States Attorney*

---

[3] A proposed order is attached for this Court's consideration.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically on this 29th day of August, 2013, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:  G. Douglas Jones.


/s/_____
Michael B. Billingsley
Assistant United States Attorney