UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | Case No.  2:05-cr-00061-RBP-TMP |
| ) | Case No.  2:05-cr-00543-CLS-TMP |
| JEWELL C. "CHRIS" MCNAIR,  ) | |
| ) | |
| Defendant. ) | |

### ORDER REDUCING TERM OF IMPRISONMENT

These cases are before the court on a motion jointly filed by Charles E. Samuels, Jr., Director of the Federal Bureau of Prisons, and Joyce White Vance, United States Attorney for the Northern District of Alabama.  The motion seeks a reduction in the sentences imposed upon defendant, Jewell C. "Chris" McNair, based upon the defendant's declining health.

Title 18, United States Code, Section 3582 provides, in relevant part, that "the court, upon motion of the Director of the Bureau of Prisons, may reduce [a defendant's] term of imprisonment . . . if it finds that . . . extraordinary and compelling reasons warrant such a reduction."  18 U.S.C. § 3582(c)(1)(A)(*i*) (alteration and ellipses supplied).  Here, the Director represents that defendant "suffers from serious and declining health issues to such a degree that he qualifies . . . for early release under 18 U.S.C. § 3582(c)(1)(A)(*i*)."  Doc. no. 1117, ¶ 4, at 2.

Upon consideration, this court concludes that the defendant's age (87) and deteriorating health constitute extraordinary and compelling reasons warranting the requested relief.

Accordingly, it is **ORDERED** that the concurrent terms of imprisonment imposed upon defendant in each of the referenced cases are reduced to the time he has served. It is further **ORDERED** that the defendant be released from the custody of the Federal Bureau of Prisons as soon as: (1) Mr. McNair's medical condition permits his release; (2) his release plan has been implemented; and (3) travel arrangements have been made for him to return to the home of his wife and adult daughter in Birmingham, Alabama. Upon defendant's release, he shall begin serving the 24-month term of supervised release imposed at the time of sentencing.

**DONE** and **ORDERED** this 29th day of August, 2013.

_____
United States District Judge